UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KEVIN KWAN,<br>Defendant. | Case No. 18-cr-00305-VC-1 (JSC)<br><br>**ORDER OF DETENTION**<br>Re: Dkt. No. 6 |

Defendant Kevin Kwan is charged by indictment with having been convicted of a felony and then found in possession of a firearm and ammunition and possession of prohibited firearms. He appeared before the Court for a detention hearing on August 21, 2018. Mr. Kwan was represented by Gabrielle Bischoff and the government was represented by Ross Weingarten. Pretrial services recommended Mr. Kwan's detention. Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions currently available will reasonably assure that Mr. Kwan is not a danger to the community.

Mr. Kwan, who had previously been convicted of a felony, lives with his two brothers and his parents in a home in Daly City. A search of his bedroom uncovered a trove of weapons, including: 5 sawed off AR-15 rifles; 1 AR-15 rifle; 1 loaded Taurus Judge Revolver; One Winchester .22 Caliber bolt-action rifle; a loaded glock handgun; and ammunition. The number of dangerous and illegal weapons in his bedroom suggests he is trafficking in the weapons. His proposed sureties--his brothers--are not sufficient to ensure that Mr. Kwan does not pose a danger. While it was proffered that Mr. Kwan was ready to change his conduct, when asked, neither brother could explain why they believe so and, indeed, it became apparent that they were not

aware of the number and illegality of the weapons confiscated from their brother's bedroom. Further, Mr. Kwan's willingness to keep many loaded, dangerous weapons in the home he shares with his family, thus placing his family members in danger, suggests that his ties to them are not sufficient to ensure his compliance with conditions of his release.

These findings are made without prejudice to Mr. Kwan's right to seek review of his detention should new information arise.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant Kwan is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant Kwan be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: August 22, 2018

JACQUELINE SCOTT CORLEY
United States Magistrate Judge